UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TIMOTHY A ROBINSON and
KARIN L ROBINSON,

        Plaintiffs,

v.                                          Case No: 6:20-cv-1815-RBD-GJK

GEOVERA SPECIALTY
INSURANCE COMPANY,

        Defendant.
_____

## ORDER OF DISMISSAL

This cause is before the Court upon the Mediation Disposition Report (Doc. 33) indicating that this case has settled. Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 13, 2021.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record